UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lisa McCAll, et al. v. Bayer Corporation, et al* | No. 13-cv-10492-DRH |
| *Carrie Miller, et al. v. Bayer Corporation, et al* | No. 13-cv-10475-DRH |
| *Allicia Myers et al v. Bayer Corporation, et al.* | No. 13-cv-10474-DRH |
| *Jade Ruiz, et al v. Bayer Corporation, et al* | No. 13-cv-10479-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders filed on June 24, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       Deputy Clerk

**Dated:** June 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.25
09:17:14 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**